UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK    2020 AUG 14 AM 11: 18

RECEIVED
SDNY PRO SE OFFICE

United States military, material contract.
Name: Brenda Deloice Morales changed to Giahjol,
real name: Jackie Kennedy - emolument - illegal

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

New complaint,

-against-

Counterterrorist
Officer Cole Baker,
Joseph Johnson, Anita Rhodes
Dwayne Wallast

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

1.  *Are you incarcerated?*  ☐ Yes  ☑ No  (If "No," go to Question 2.)
    I am being held at: _____

    Do you receive any payment from this institution?  ☐ Yes  ☑ No  Upon change of complaint.

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
    directing the facility where I am incarcerated to deduct the filing fee from my account in installments
    and to send to the Court certified copies of my account statements for the past six months. *See* 28
    U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?  ☐ Yes  ☐ No  classified; motion to dismiss,

    If "yes," my employer's name and address are:
    Dave Adams - Junior enlisted.

    Gross monthly pay or wages:  classified.  RTWWO

    If "no," what was your last date of employment? _____

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else
    living at the same residence as you received more than $200 in the past 12 months from any of the
    following sources? Check all that apply.

    (a) Business, profession, or other self-employment   ☑ Yes   ☐ No
    (b) Rent payments, interest, or dividends            ☑ Yes   ☐ No

(c) Pension, annuity, or life insurance payments ☑ Yes ☐ No

(d) Disability or worker's compensation payments ☑ Yes ☐ No

(e) Gifts or inheritances ☑ Yes ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☑ No

(g) Any other sources ☑ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

*waiting to be discharged money is loop by handler.*

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

*Person I live with gives me 150.00 monthly*

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

*Classified I do - but due to the operation no*

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

*Yes: actor to the Gop, States.*

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

*Richard E Lindnyer, I Jackie Kennedy as Gsah Si Defiance ( Leonayer'*

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: *I do not have access at this time waiting to be discharge for services*

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

08 /14th / 2020
_____
Dated

_____
Signature

*Emolument Jackie Kennedy*
_____
Name (Last, First, MI)

*Contract: Gsah Si Defiance | Leonayer*

_____                    _____
Prison Identification # (if incarcerated)

_____
Address                    City                    State                    Zip Code

*3489 East kong st*
_____
Telephone Number

*Chambersburg, Pa 17201*

_____
E-mail Address (if available)

*Handler: Dave Adams*
*Writ Habeas Corpus*

IFP Application, page 2