UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKIE KENNEDY CONTRACTED;
GIAH J. DEFRANCO/LENINGER;
RICHARD E. LININGER,

                            Plaintiffs,

              -against-

THE FRANKLIN COUNTY STATE OF
PENNSYLVANIA NO 8, *et al.*,

                           Defendants.

20-CV-7518 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      Plaintiff Richard E. Lininger, appearing *pro se*, brings this action, alleging violations of his rights. The Court dismisses the complaint for the following reasons.

      Plaintiff has previously submitted to this Court a duplicate complaint against the same defendants. That case is presently pending before the Honorable Louis L. Stanton of this Court under docket number 20-CV-6509. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 20-CV-6509.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      Plaintiff's complaint is dismissed as duplicative. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and

therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 13, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge