UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKIE KENNEDY CONTRACTED; GIAH J. DEFRANCO/LENINGER; RICHARD E. LININGER,

                Plaintiffs,

-against-

THE FRANKLIN COUNTY STATE OF PENNSYLVANIA NO 8, *et al.*,

                Defendants.

20-CV-7518 (CM)

CIVIL JUDGMENT

Pursuant to the order issued October 13, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 20-CV-6509. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 13, 2020
          New York, New York

                                          COLLEEN McMAHON
                                      Chief United States District Judge